■ In the Matter of DANTE CATERERS INC., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Proceeding under article 78 of the CPLR to review respondent's determination dated May 21, 1971, which suspended petitioner's liquor license for 30 days commencing June 21, 1971. Determination modified, on the law, by changing the penalty to the making of a claim on petitioner's $1,000 bond. As so modified, determination confirmed, without costs. We confirm respondent's findings of fact but, in view of petitioner's otherwise clean record, we hold that the penalty imposed was excessive to the extent indicated herein and therefore an abuse of discretion. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Brennan, JJ., concur.

■ In the Matter of DELAWARE MIDLAND CORPORATION, Appellant-Respondent, v. INCORPORATED VILLAGE OF WESTHAMPTON BEACH et al., Respondents-Appellants.— Judgment and order of the Supreme Court, Suffolk County, dated July 15, 1971 and October 22, 1971, respectively, affirmed, without costs. The legal questions arising from this controversy can best be determined after the *de novo* hearing ordered by Special Term, wherein the issues of fact can be heard and resolved. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Brennan, JJ., concur.

■ In the Matter of STANLEY J. KLIMA, Petitioner, v. SPERRY GYROSCOPE DIVISION, SPERRY RAND CORPORATION, et al., Respondents.— Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated December 31, 1971, which affirmed an order of the State Division of Human Rights, dated March 10, 1971, denying petitioner's application to reopen the matter before the State Division of Human Rights. The Division had dismissed petitioner's complaint on October 13, 1970. Petition dismissed and order of the Appeal Board confirmed, without costs. In our opinion, the record amply discloses the reasonableness of the determination in question. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.